1
2
3
4
5
6
7
8                             UNITED STATES DISTRICT COURT
9                         FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11    LEON E. MORRIS,                              No. 2:13-cv-1171 TLN DAD P
12                   Plaintiff,
13        v.                                       ORDER
14    GUFFEE et al.,
15                   Defendants.
16
17        Plaintiff is a state prisoner proceeding pro se with this civil rights action brought pursuant
18 to 42 U.S.C. § 1983. On June 12, 2015, the court issued an order requiring plaintiff to file his
19 opposition, if any, to the two pending motions to dismiss filed by defendants in this case.
20 Plaintiff has since filed an "answer" to defendant Guffee's motion to dismiss stating that he never
21 received the defendant's motion. In the interest of justice, the court will provide plaintiff with a
22 courtesy copy of defendant Guffee's motion to dismiss and grant him fourteen final days to file
23 an opposition to defendant Guffee's motion. The court will not grant plaintiff any further
24 extensions of time for this purpose.
25        Accordingly, IT IS HEREBY ORDERED that:
26        1. The Clerk of the Court is directed to serve plaintiff with a courtesy copy of defendant
27            Guffee's motion to dismiss (Doc. No. 33); and
28 /////

1

2. Within fourteen days of the date of service of this order, plaintiff shall file an opposition to defendant Guffee's motion to dismiss. Failure to file an opposition will be deemed a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b). Alternatively, if plaintiff no longer wishes to pursue his claims against defendant Guffee he may file a request to voluntarily dismiss this defendant.

Dated: July 7, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
morr1171.46(2)